**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RALPH FORTE, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No.  11-171 Erie |
| v. ) | |
| ) | |
| ARCHIE B. LONGLEY, ) | |
| ) | |
| Respondent. ) | |

<u>MEMORANDUM ORDER</u>

This habeas corpus action was received by the Clerk of Court on August 12, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 10], filed on September 13, 2012, recommended that the Petition be denied.  The parties were allowed fourteen (14) days from the date of service to file objections.  Service was made on Petitioner and Respondent.  No objections were filed.  After <u>de</u> <u>novo</u> review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of October, 2012;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED.

The Report and Recommendation [ECF No. 10] of Magistrate Judge Baxter, filed on September 13, 2012, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

           s/ Sean J. McLaughlin
             United States District Judge

cm: All parties of record
   Susan Paradise Baxter, U.S. Magistrate Judge